

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00750-CV

In the **INTEREST OF W.M.T.K.**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 10-0141-CV
The Honorable William Old, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
            Luz Elena D. Chapa, Justice
            Jason Pulliam, Justice

Delivered and Filed:  May 6, 2015

DISMISSED

James Lucas Knight appeals the trial court's order in a suit affecting the parent-child relationship. We ordered appellant's brief due March 20, 2015, but neither the brief nor a motion for extension of time was filed. On March 31, 2015, we ordered appellant to file, not later than April 10, 2014, his appellant's brief and a written response reasonably explaining his failure to timely file the brief. We advised appellant that if he failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (court may dismiss appeal because appellant has failed to comply with a court order within the time provided). Appellant has not filed a brief or the written response ordered by the court.

We therefore **order** this appeal dismissed.

PER CURIAM